PER CURIAM.
Affirmed. State v. Nova, 361 So.2d 411 (Fla.1978); Robertson v. State, 94 Fla. 770, 114 So. 534 (1927); State v. Henry, 390 So.2d 92 (Fla. 3d DCA 1980); State v. Parsons, 389 So.2d 1207 (Fla. 3d DCA 1980); Husted v. State, 370 So.2d 853 (Fla. 3d DCA 1979); Wilson v. Renfroe, 91 So.2d 857 (Fla. 1956); State ex rel. Sagonias v. Bird, 67 So.2d 678 (Fla.1953); United States v. Serrano, 607 F.2d 1145 (5th Cir. 1979), cert. denied, 445 U.S. 965, 100 S.Ct. 1655, 64 L.Ed.2d 241 (1980); 13 Fla.Jur.2d, Courts and Judges §§ 247, 249 (1979); United States v. Grayson, 438 U.S. 41, 98 S.Ct. 2610, 57 L.Ed.2d 582 (1978); Hendricks v. State, 360 So.2d 1119 (Fla. 3d DCA 1978), cert, denied, 366 So.2d 881 (Fla.1979).